

2016R00139/DS

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Crim. No. 18-CR-691(MCA) |
| OLGA KUPRINA | : | 18 U.S.C. § 1349 |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

From in or about October 2016 through in or about March 2017, in Middlesex County, in the District of New Jersey and elsewhere, defendant

**OLGA KUPRINA**

did knowingly and intentionally conspire and agree with others to devise a scheme and artifice to defraud, and to obtain money and property, including confidential business information, by means of materially false and fraudulent pretenses, representations, and promises, and, for the purpose of executing such scheme and artifice to defraud, did transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, contrary to Title 18, United States Code, Section 1343 and in violation of Title 18, United States Code, Section 1349.

A True Bill

Foreperson

_____
CRAIG CARPENITO
United States Attorney

CASE NUMBER: 18 CR. 69(MCA)

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

OLGA KUPRINA

# INDICTMENT FOR

18 U.S.C. § 1349

A True Bill,

Foreperson

CRAIG CARPENITO
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

DANIEL SHAPIRO
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 353-6087