

Telephone   1.718.766.5153
Facsimile   1.718.504.3599
Email   sharova@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
GRIGORIY SHUBA
HANNA SKARULIS
VIKTORIA FEDARAVA

YELENA SHAROVA, ESQ. *+
SASSY DUMORNAY ESQ. *
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *   (1947-2022)
THOMAS J. TYRRELL JR. ESQ. *
*NY +NJ

February 7, 2023

<u>VIA CM/ECF</u>
Honorable Madeline Cox Arleo
United States District Judge
District of New Jersey
50 Walnut Street
Newark, NJ 07102

  Re: United States v. Olga Kuprina
     18-cr-691

Dear Honorable Arleo,

 Our office represents the Defendant, Olga Kuprina in the above matter. My correct email address is sharova@sharovalaw.com. Please add the following emailing address to the docket for all future communication and notifications on this case.

          Respectfully Submitted,

          Yelena Sharova Attorney
          for the Defendant
          By: /s/ Yelena Sharova

CC: All Parties (via ECF)